```
                                         ┌─────────────────────────────┐
                                         │ DEPUTY                   BY: │
                                         │     DISTRICT OF NEVADA        │
                                         │  CLERK US DISTRICT COURT      │
                                         │   ┌───────────────────┐       │
                                         │   │                   │       │
                                         │   │   FEB - 1 2011     │       │
                                         │   │                   │       │
                                         │   └───────────────────┘       │
                                         │ COUNSEL/PARTIES OF RECORD     │
                                         │      SERVED ON                │
                                         │ RECEIVED        ENTERED       │
                                         │                 FILED         │
                                         └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   2:10-CR-327-KJD (RJJ) |
| ANTONIO PRICE, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 1, 2011, defendant ANTONIO PRICE pled guilty to Count Two of a Three-Count Criminal Indictment charging him with Discharging a Firearm during a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

This Court finds defendant ANTONIO PRICE agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant ANTONIO PRICE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

      (a)    a Diamondback, .22LR caliber revolver, serial # D49261; and

      (b)    any and all ammunition ("property").

. . .

1   This Court finds the United States of America is now entitled to, and should, reduce the

2   aforementioned property to the possession of the United States of America.

3   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4   United States of America should seize the aforementioned property.

5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6   ANTONIO PRICE in the aforementioned property is forfeited and is vested in the United States of

7   America and shall be safely held by the United States of America until further order of the Court.

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12   the name and contact information for the government attorney to be served with the petition, pursuant

13   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19   Michael A. Humphreys
     Assistant United States Attorney
20   Daniel D. Hollingsworth
     Assistant United States Attorney
21   Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
22   Las Vegas, Nevada 89101.

23   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

24   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

25   . . .

26   . . .

1   following publication of notice of seizure and intent to administratively forfeit the above-described

2   property.

3       DATED this ___1___ day of _____Feb_____, 2011.

4

5

6

7                                        _____
                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26