**FILED**
MAY 18 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-327-KJD (RJJ) |
| v. ) | |
| ) | |
| ANTONIO PRICE, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On February 4, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ANTONIO PRICE to a criminal offense, forfeiting specific property as alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ANTONIO PRICE, pled guilty. #1, #25, #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on February 16, 2011, through March 2, 2011, in the *Las Vegas Review-Journal/Sun*. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the
2  time for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
4  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
5  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
6  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), and Title 28, United States
7  Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed
8  of according to law:
9  (a)  a Diamondback, .22LR caliber revolver, serial # D49261; and
10  (b)  any and all ammunition.
11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
13  as any income derived as a result of the United States of America's management of any property
14  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
15  according to law.
16  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17  certified copies to the United States Attorney's Office.
18  DATED this 18th day of May, 2011.

UNITED STATES DISTRICT JUDGE