1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**

7              **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,            )
                                         )
9               Plaintiff,               )
                                         )
10          v.                           )        2:10-CR-327-KJD-(RJJ)
                                         )
11   ANTONIO PRICE,                      )
                                         )
12  _____Defendant.   )

13        **AMENDED FINAL ORDER OF FORFEITURE**

14          On February 4, 2011, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16  States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the

17  plea of guilty by defendant ANTONIO PRICE to a criminal offense, forfeiting specific property

18  as alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the

19  United States to have a requisite nexus to the offense to which defendant ANTONIO PRICE,

20  pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No.

21  24; Plea Memorandum, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26.

22          This Court finds the United States of America published the notice of the forfeiture in

23  accordance with the law on February 16, 2011, February 23, 2011, and March 2, 2011, in the *Las*

24  *Vegas Review-Journal/Sun*. Notice of Filing Proof of Publication, ECF No. 27.

25          On May 18, 2011, the United States District Court for the District of Nevada entered a

26  Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

1  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,

2  Section 2461(c); and Title 21, United States Code, Section 853(n)(7) forfeiting the above

3  property.

4       On June 16, 2012, STEVE JIMENEZ was served by personal service with a copy of the

5  Preliminary Order of Forfeiture and the Notice. Notice of Filing of Service of Process, ECF No.

6  35.

7       This Court finds no petition was filed herein by or on behalf of any person or entity and

8  the time for filing such petitions and claims has expired.

9       This Court finds no petitions are pending with regard to the assets named herein and the

10  time for presenting such petitions has expired.

11       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all

12  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested

13  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.

14  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), and Title 28, United States

15  Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed

16  of according to law:

17       (a)    a Diamondback, .22LR caliber revolver, serial # D49261; and

18       (b)    any and all ammunition.

19       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

20  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

21  as any income derived as a result of the United States of America's management of any property

22  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

23  according to law.

24  . . .

25  . . .

26  . . .

1      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2 certified copies to the United States Attorney's Office.

3      DATED this ____3rd____ day of ____August____, 2012.

4

5

6                        _____

                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26